```
                                            FILED
                                         SEP 16 2011
              SEALED              CLERK, U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF CALIFORNIA
                                  BY _____
                                       DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:11 MC 00026 GSA

| | |
|---|---|
| IN RE EXTRADITION OF | ) NO. |
| | ) |
| VICENTE PONCE VILLANU | ) **UNDER SEAL** |
| aka Vicente Ponce Villaseñor | ) |
| aka Vicente Ponce, | ) ORDER SEALING THE COMPLAINT AND |
| | ) ORDER AUTHORIZING PROVISIONAL |
| Fugitive. | ) ARREST |

The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184,

IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under <u>seal</u> and shall not be disclosed pending further order of this Court.

Dated: 9/16/11

THE HON. GARY S. AUSTIN
United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest