**SEALED**



FILED
SEP 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:11 MC 00026 GSA

| | |
|---|---|
| IN RE EXTRADITION OF ) | NO. |
| ) | |
| VICENTE PONCE VILLANU ) | **UNDER SEAL** |
| aka Vicente Ponce Villaseñor ) | |
| aka Vicente Ponce, ) | ORDER SEALING THE COMPLAINT AND |
| ) | ORDER AUTHORIZING PROVISIONAL |
| Fugitive. ) | ARREST |

The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184,

IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under <u>seal</u> and shall not be disclosed pending further order of this Court.

Dated: 9/16/11

_____
THE HON. GARY S. AUSTIN
United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest