FILED

SEP 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF ) | NO. 1:11-MC-00026-GSA |
| ) | |
| VICENTE PONCE VILLANU ) | ORDER UNSEALING THE COMPLAINT AND |
|    aka Vicente Ponce Villaseñor ) | ORDER AUTHORIZING PROVISIONAL |
|    aka Vicente Ponce, ) | ARREST |
| ) | |
|       Fugitive. ) | |
| ) | |

The complaint and order in this case having been sealed by this Court on September 16, 2011, and it appearing that they no longer need to remain secret based on the subject's arrest,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED: 9/21/11

_____
United States Magistrate Judge