```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>VICENTE PONCE VILLANU<br>  aka Vicente Ponce Villasenor<br>  aka Vicente Ponce,<br><br>            Fugitive. | Case No. 1:11-MC-00026-GSA<br><br>MOTION AND ORDER TO DISMISS COMPLAINT FOR PROVISIONAL ARREST WITH A VIEW TOWARDS EXTRADITION |

Pursuant to 18 U.S.C. § 3184, Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the complaint in this case without prejudice as to the above-named defendant, in the interest of justice. Subsequent to the filing of the complaint, the fugitive was arrested in the Central District of California, a new extradition complaint was filed in that district, and 18 U.S.C. § 3184 requires that the extradition hearing occur in that district.

DATED: September 27, 2011
                                Respectfully submitted,
                                BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   September 28, 2011**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE